1

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

3

4

5

6

7

8

9

10

11

UNITED STATES OF AMERICA,

            Plaintiff,

        v.

JORGE TELLEZ-GONZALEZ,

            Defendant.

No. CR-13-2102-FVS

ORDER DISMISSING INDICTMENT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

   **THE GOVERNMENT** having moved to dismiss of the indictment in this matter and the defendant having no objection; Now, therefore

   **IT IS HEREBY ORDERED:**

   The Indictment in this matter is **DISMISSED.**

   **IT IS SO ORDERED.**  The District Court Clerk is hereby directed to enter this order, furnish copies to counsel and **close** this file.

   **DATED** this ___9th___ day of May, 2014.

                         s/ Fred Van Sickle
                         Fred Van Sickle
               Senior United States District Judge

ORDER DISMISSING INDICTMENT - 1